

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                            :
UNITED STATES OF AMERICA
                                            :
      -v.-                                   :      ORDER OF FORFEITURE

PETER PECOVIC,                       :      02 Cr. 989 (CM)

                   Defendant.
                                            :
- - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about July 2002, PETER PECOVIC (the "Defendant") was charged in Information 02 Cr. 989(CM) (the "Information"), in one count, with conspiracy to distribute and possess with intent to distribute five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 846;

        WHEREAS, the Information included a forfeiture allegation seeking, pursuant to 21 U.S.C. § 853, all of the defendant's right and interest to $125,000.00 in United States currency, which constitutes the proceeds derived from the offenses charged in the Information;

        WHEREAS, on or about July 26, 2002, the Defendant pled guilty to the Information and admitted to the forfeiture allegation;

        WHEREAS, on or about May 23, 2008, the defendant was sentenced, to a forfeiture money judgment in the amount of $125,000.00 in United States Currency, representing the amount of

proceeds obtained as a result of the offenses charged in the Information; and

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses in the Information, for which the defendant pleaded guilty, a money judgment in the amount of $125,000.00 shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, Peter Pecovic, and be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's

Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

    5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    6. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney, Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
      June 3, 2008

SO ORDERED:

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE